UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HELEN SWARTZ, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | Case No.: 2:17-cv-05142-RBS |
| : | |
| **INDEPENDENCE SQUARE HOTEL** : | |
| **PARTNERS, L.P., a Pennsylvania Limited** : | |
| **Partnership,** : | |
| : | |
| **Defendants.** | |
| _____/ | |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Helen Swartz, Individually, by and through her undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. The Plaintiff requests that the case be dismissed without prejudice subject to the right of any party to move the Court within thirty (30) days for the purpose of entering a Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of March, 2018, the foregoing document was filed via the Court's CM/ECF system, which will automatically generate notice to counsel for the

Defendant, George P. Angelich, Esq., George.Angelich@arentfox.com, ARENT FOX LLP., 1675 Broadway, New York, NY 10019 and Michael L. Stevens, Esq., michael.stevens@arentfox.com, ARENT FOX LLP., 1717 K Street NW, Washington, DC 20006-5344.

      /s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
lfuller@fullerfuller.com
and
David S. Dessen, Esq. (I.D. 17627)
Dessen, Moses & Rossito
600 Easton Road
Willow Grove, PA  19090
Telephone:  215.496.2902
Facsimile:   215.564.2879
ddessen@dms-lawyer.com

*Attorneys for Plaintiff Helen Swartz*